AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
District of  NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:16-mj-00011-VCF |
| | ) | |
| DENNIS JOE LYON | ) | Charging District:   Middle District of North Carolina |
| *Defendant* | ) | Charging District's Case No.  1:15-cr-00416-UA |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | Hiram Ward Federal Building<br>251 N. Main St.<br>Winston-Salem, North Carolina | Courtroom No.: Judge Beaty |
|---|---|---|
| | | Date and Time:  01/20/2016  9:30 am |

report to Pretrial Services 1/20/16 at 8:30 am

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  _____January 11, 2016_____

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 1 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA ___ DEPUTY
BY: